IN THE UNITED STATES BANKRUPTCY COURT
For the Northern District of Ohio
Eastern Division

In the Matter of: ) Chapter 7 Case No 04-23498
)
)
David Caravona )
) Judge Pat E Morgenstern-Clarren
)
)
Debtor )

### Response by Susan M. Gray to Order to Show Cause

In the order to show cause, the Court expressed concern that a document (Motion to Reopen Chapter 7 Case) signed by Robert Berk was filed from the office of Susan M. Gray. As shown by the affidavit of Robert J. Berk, attached hereto, the document was filed from the office of Susan M. Gray at Mr. Berk's request. Mr. Berk actually reviewed and signed the document before it was filed. The original signature document is on file at the office of Susan M. Gray; a PDF of that original signature document was filed as the motion to reopen case and appears as docket item 11.

Wherefore, Susan M. Gray requests that the matter be concluded.

Respectfully submitted,

/s/ Susan M Gray (0062356)
Susan M Gray
21330 Center Ridge Road, Suite 11
Rocky River, Ohio 44116
Phone: (440) 331-3949
Fax: (440) 331-8160

IN THE UNITED STATES BANKRUPTCY COURT
For the Northern District of Ohio
Eastern Division

| | |
|---|---|
| In the Matter of: | )Chapter 7 Case No 04-23498 |
| | ) |
| David Caravona | ) |
| | )Judge Pat E Morgenstern-Clarren |
| | ) |
| Debtor | ) |

State of Ohio )
) ss   Affidavit of Robert J. Berk
County of Cuyahoga )

Robert J. Berk, being first duly sworn according to law, states as follows

1. I have personal knowledge of all matters stated herein

2. I am the attorney for David Caravona

3. At various times during time I have represented Mr. Caravona, I have consulted with a number of attorneys, including Susan Gray, regarding issues arising from a prepetition debt owed by Mr. Caravona to Sunset Station Hotel-Casino

4. In November, 2005, based on events that occurred after Mr. Caravona received his discharge, I decided to request that the Court reopen the case in order to seek redress for damages arising from post-discharge collection on behalf of Sunset Station Hotel-Casino

5. I was pressed for time because I was getting ready for an out-of-town vacation, and my secretary was ill and out of the office

6. At my request, Ms. Gray prepared the motion to reopen the case. She delivered it to me for my review and signature.

7. After I signed it, I returned it to her and requested that she file it since my secretary was out and not able to file it for me from my office.

FURTHER AFFIANT SAYETH NAUGHT

*[signature]*
Robert J. Berk

Subscribed and sworn to before me this <u>fourth</u> day of <u>January, 2005</u>

*[signature]*
Notary public

DARYL T. DENNIE, ATTY.
NOTARY PUBLIC • STATE OF OHIO
My commission has no expiration date
Section 147.03 O.R.C.

Certificate of Service

On this 9th day of January, 2005, the following were served by regular United States Mail:

David R. Caravona
7192 Parma Park Blvd
Parma, OH 44130-5009

Robert J. Berk
Attorney at Law
75 Public Square, Suite 1425
Cleveland, OH 44113-2070

Clark County District Attorney's Office; 200 South Third Street, 5th Floor; Las Vegas; NV 89101

/s/Susan M. Gray (0062356)
Susan M. Gray